JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNY HSAIO SHIN TING, ) | Case No. CV 11-1389-JAK (OP) |
| ) | |
| Petitioner, ) | J U D G M E N T |
| v. ) | |
| ) | |
| MICHAEL STAINER, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 11, 2011

_____
HONORABLE JOHN A. KRONSTADT
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge